PROB 35            Report and Order Terminating Supervision
(Rev 3/93)            Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.            Crim. No. 7:11-MJ-1107-1

DANIELLE NICOLE SULLIVAN

On October 13, 2011, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,            Respectfully submitted,

/s/ Kevin L. Connolley            /s/ Djoni B. Barrett
Kevin L. Connolley            Djoni B. Barrett
Supervising U.S. Probation Officer            Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 6th day of August, 2012.

Robert B. Jones, Jr
U.S. Magistrate Judge